IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y

★ MAY 02 2012 ★

LONG ISLAND OFFICE

| SPECTRONICS CORPORATION, | Case No. 12-CV-0434 (JFB) (AKT) |
|---|---|
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL |
| v. | |
| PERCEPTRON, INC. | |
| Defendant. | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Spectronics Corporation hereby voluntary dismisses this action without prejudice.

Respectfully Submitted,

DRINKER BIDDLE & REATH LLP

Dated: New York, New York
May 1, 2012

By: /s/ Thuy T. Bui
Thuy T. Bui
1177 Avenue of the Americas
41st Floor
New York, NY 10036
(212) 248-3140 (telephone)
(212) 248-3141 (facsimile)
thuy.bui@dbr.com

*Attorneys for Plaintiff
Spectronics Corporation*

The Clerk of the Court shall close the case.

[handwritten: SO ORDERED]
Date: May 2, 2012
Central Islip, N.Y.

NY01/ 7271894.1